WINEMAN *v.* WAYNE CIRCUIT JUDGE.

INTERPLEADER—PARTIES.

It is proper, on a bill of interpleader between the executor of an estate and others, to permit a legatee, not joined, to appear in the cause, upon his showing that he is largely interested in the result.

*Mandamus* by Nancy Wineman to compel Willard M. Lillibridge, circuit judge of Wayne county, to vacate an order granting leave to Henry Wineman to appear in a cause wherein relator and others were made defendants. Order to show cause denied June 8, 1898.

*John J. Speed,* for relator.

PER CURIAM. The Wayne County Savings Bank filed a bill of interpleader against the relator and the executors of the last will and testament of Henry Wineman, deceased, to determine who was entitled to certain funds held by the complainant. Mr. Henry Wineman, a son of the deceased, filed a petition setting forth that he was interested as legatee, and asked to be made a party to the suit. An order was made permitting him to appear. The purpose of this petition is to obtain a writ of *mandamus* to set aside that order. We see no objection to his appearing in the case, inasmuch as he is largely interested in the result.

Order to show cause denied.